IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC AKEEM FERRON,** | **CIVIL ACTION** |
| | No. 2:21-cv-04625 |
| Plaintiff, | |
| v. | |
| | |
| **CITY OF PHILADELPHIA,** | |
| **OFFICER MICHAEL SCHMIDT,** | |
| **OFFICER MARC BO MARCHETTI,** | |
| **OFFICERS JOHN AND JANE DOES 1-10** | **JURY TRIAL DEMANDED** |
| In their individual and official capacities, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

On this day 25th day of March 2022, the parties hereby stipulate that Counts II and III of Plaintiff's Complaint are hereby dismissed with prejudice, only.


**WILLIAMS CEDAR LLC**                              **CITY OF PHILADELPHIA**

/s/ Dylan T. Hastings                               /s/ Shannon Zabel
Dylan T. Hastings, Esquire                          Shannon Zabel, Esquire
One South Broad Street, Suite 1510                  1515 Arch Street, 14th Floor
Philadelphia, PA 19103                              Philadelphia, PA 19102
dhastings@williamscedar.com                         shannon.zabel@phila.gov
*Attorneys for Plaintiff*                           *Attorneys for Defendants*

Dated: March 25, 2022                               Dated: March 25, 2022